UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PIERRE FOUCHÉ, | ) | CASE NO. ED CV 10-0087-MMM (PJW) |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ACCEPTING REPORT AND |
| v. | ) | ADOPTING FINDINGS, CONCLUSIONS, |
| | ) | AND RECOMMENDATIONS OF UNITED |
| SCOTT A. HOLENCIK, | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge, with the exception that it corrects a typographical error on page 8, line 6.  The first word on that line should be "unconstitutional," not "constitutional."

DATED:    May 24, 2012  .

                                  /s/ Margaret M. Morrow
                                  MARGARET M. MORROW
                                  UNITED STATES DISTRICT JUDGE