UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE FOUCHÉ, | Case No.  ED CV 10-0087-MMM (PJW) |
| Plaintiff, | |
| v. | J U D G M E N T |
| SCOTT A. HOLENCIK, | |
| Defendant. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:   May 24, 2012 .

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE